UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD MAMMOSER,<br><br>          Plaintiff,<br><br>vs.<br><br>SIGILON THERAPEUTICS, INC., ROGERIO VIVALDI COELHO, DOUG COLE, JOHN COX, STEPHEN OESTERLE, KAVITA PATEL, ROBERT RUFFOLO, JR., and ERIC SHAFF, | Case No.: 1:23-cv-06353-PKC<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

      Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Donald Mammoser ("Plaintiff") voluntarily dismisses his claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: September 26, 2023

                           **BRODSKY & SMITH**

                           By: *Evan J. Smith*
                                Evan J. Smith
                                240 Mineola Boulevard
                                Mineola, NY 11501
                                Phone: (516) 741-4977
                                Facsimile (561) 741-0626

                                *Attorneys for Plaintiff*